# Exhibit 11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### Case Number: 0:16-cv-60805

GLOW BOWL, LLC,

     Plaintiff,

v.

ONTEL PRODUCTS CORPORATION,

     Defendant.

_____/

## AMENDED COMPLAINT FOR UNFAIR COMPETITION
## INJUNCTIVE RELIEF DEMANDED
## DEMAND FOR JURY TRIAL

Plaintiff, GLOW BOWL, LLC, a Florida limited liability company, by and through undersigned counsel, brings this Amended Complaint against Defendant, ONTEL PRODUCTS CORPORATION, for injunctive relief and damages and states the following in support thereof:

1. This is an action arising under the Lanham Trademark Act, 15 U.S.C. § 1125(a), the Florida Statutes and Florida common law.

2. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. §§ 1331 and 1338.

3. This Court has supplemental jurisdiction of the remaining counts based on Florida law pursuant to 28 U.S.C. § 1367(a).

4. Defendant is subject to personal jurisdiction in Florida.

5. Venue is proper under 28 U.S.C. § 1391(b) and (c) because the events giving rise to the claims occurred in this district, and Defendant engaged in the acts alleged in this district.

6.     Plaintiff, GLOW BOWL, LLC ("Glow Bowl") is a Florida limited liability company with offices in Sunrise, Florida that does business on the internet on its website at www.glowbowl.com and on Amazon.com.

7.     Prior to August 10, 2011, Brian R. Andy and Jeff S. Barbieri invented a motion activated toilet bowl lighting device.

8.     Andy's and Barbieri's idea combines a motion detector, a light sensor, a timer and an LED light in a device for attaching to a toilet that illuminates the toilet bowl automatically when you enter the bathroom and deactivates when you leave making late night trips to the bathroom easier, cleaner, and safer for the entire family.

9.     Andy and Barbieri applied for and obtained United States Patent No. 9,041,298 entitled "Motion Activated Toilet Bowl Lighting Device," referred to herein as the '298 Patent, a copy of which is attached as Exhibit 1.

10.     Glow Bowl is the owner of all substantial rights in and to the '298 Patent by assignment from Andy and Barbieri including the right to bring actions for past infringement.

11.     The '298 Patent was issued on May 26, 2015.

12.     Glow Bowl has never licensed the '298 Patent.

13.     Glow Bowl makes "THE ORIGINAL GLOWBOWL" that transforms any toilet into a nightlight.

14.     THE ORIGINAL GLOWBOWL is sold in packaging prominently marked with the '298 Patent number.

15.     THE ORIGINAL GLOWBOWL sells for the regular price of $24.99 on Glow Bowl's website at www.glowbowl.com shown in Exhibit 2.

16.     THE ORIGINAL GLOWBOWL is a high quality product.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 FEDERAL HIGHWAY
BOCA RATON, FL 33431

## THE INFRINGING BOWL LIGHT

17.     Defendant, ONTEL PRODUCTS CORPORATION ("Ontel") is a New Jersey corporation with offices at 21 Law Drive, Fairfield, NJ 07004.

18.     Ontel is the marketer of a toilet light product called BOWL LIGHT.

19.     Ontel advertised and marketed BOWL LIGHT on the internet at www.buybowllight.com shown in Exhibit 3 and on television throughout the country.

20.     In the advertising and marketing of BOWL LIGHT on the internet and on television, Ontel used images of THE ORIGINAL GLOWBOWL without Glow Bowl's permission.

21.     Ontel's advertising and marketing falsely suggests that it is selling THE ORIGINAL GLOWBOWL.

22.     In truth, Ontel has no permission or authority to sell THE ORIGINAL GLOWBOWL.

23.     Ontel has never been licensed to copy, distribute or display images of THE ORIGINAL GLOWBOWL for any purpose.

24.     Glow Bowl has been irreparably harmed by Ontel's infringement of its valuable intellectual property rights.

25.     Glow Bowl has suffered lost profits from Defendants' unfair competition.

26.     Unless and until Defendants' continued acts are enjoined, Glow Bowl will suffer further irreparable harm for which there is no adequate remedy at law.

27.     Glow Bowl has engaged the undersigned attorneys and agreed to pay them a reasonable fee.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 FEDERAL HIGHWAY
BOCA RATON, FL 33431

## COUNT I – FEDERAL UNFAIR COMPETITION

28.     Glow Bowl repeats and re-alleges the allegations of paragraphs 1 through 27 as though fully set forth herein.

29.     Defendant's activities complained of herein constitute unfair methods of competition in violation of 15 U.S.C. § 1125(a) to the injury and detriment of consumers and Glow Bowl.

30.     As a direct and proximate result of Defendant's unfair and deceptive trade practices, Glow Bowl has suffered and will continue to suffer loss of reputation among its purchasers and potential purchasers on Amazon.com, and Defendant will continue to unfairly acquire income, profits, and goodwill.

31.     Glow Bowl has been damaged.

32.     The damage to Glow Bowl is irreparable.

33.     Unless enjoined, Defendant's unfair competition will continue to deceive the public and injure competition.

## COUNT II
## PALMING OFF

34.     Glow Bowl repeats and re-alleges the allegations of paragraphs 1 through 27 as though fully set forth herein.

35.     Defendant's activities complained of herein constitute palming off in violation of 15 U.S.C. § 1125(a) to the injury and detriment of Plaintiff.

36.     Glow Bowl owns common law trademarks in THE ORIGINAL GLOWBOWL and GLOWBOWL Marks.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 FEDERAL HIGHWAY
BOCA RATON, FL 33431

37.     Defendant made unauthorized use of THE ORIGINAL GLOWBOWL and GLOWBOWL marks as described above such that consumers were likely to confuse the Defendant's use with Glow Bowl's valid use of the marks.

38.     Defendant's unauthorized use of the THE ORIGINAL GLOWBOWL and GLOWBOWL marks in interstate commerce as described above is likely to cause confusion, mistake, or deception.

39.     As a direct and proximate result of Defendant's palming off, Glow Bowl has suffered and will continue to suffer loss of income, profits and good will and Defendant will continue to unfairly acquire income, profits, and good will.

## COUNT III --- UNFAIR COMPETITION - FLORIDA COMMON LAW

40.     Glow Bowl repeats and re-alleges the allegations of paragraphs 1 through 27 as though fully set forth herein.

41.     Defendant's activities complained of herein constitute unfair methods of competition in violation of the common law of the State of Florida.

42.     As a direct and proximate result of Defendant's unfair competition, Glow Bowl has suffered and will continue to suffer loss of reputation among its purchasers and potential purchasers, and Defendant will continue to unfairly acquire income, profits, and goodwill.

43.     Glow Bowl has been damaged.

44.     The damage to Glow Bowl is irreparable.

45.     Unless enjoined, Defendant's unfair competition will continue to deceive the public and injure competition.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 FEDERAL HIGHWAY
BOCA RATON, FL 33431

## COUNT IV -- VIOLATION OF THE FLORIDA UNFAIR AND DECEPTIVE TRADE PRACTICES ACT

46.     Glow Bowl repeats and re-alleges the allegations of paragraphs 1 through 27 as though fully set forth herein.

47.     The Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") broadly declares in §501.204(1) that "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce" are unlawful.

48.     Defendant's use of images of THE ORIGINAL GLOWBOWL in connection with its sale of BOWL LIGHT is an unfair or deceptive act or practice that violates FDUTPA.

49.     As a direct and proximate result of Defendant's unfair or deceptive trade practices, Glow Bowl has suffered and will continue to suffer loss of reputation among its purchasers and potential purchasers, and Defendant will continue to unfairly acquire income, profits, and goodwill.

50.     Glow Bowl has been damaged.

51.     The damage to Glow Bowl is irreparable.

52.     Unless enjoined, Defendant's unfair and deceptive practices will continue to deceive the public and injure competition.

## COUNT V -- VIOLATION OF THE SECTION 817.41, FLORIDA STATUTES (FALSE AND FRAUDULENT ADVERTISING)

53.     Glow Bowl repeats and re-alleges the allegations of paragraphs 1 through 27 as though fully set forth herein.

54.     Section 817.41, Florida Statutes, prohibits the making or dissemination of misleading advertisements, and declares such misleading advertisements to be fraudulent and unlawful, designed and intended for obtaining money or property under false pretenses.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 FEDERAL HIGHWAY
BOCA RATON, FL 33431

55. Defendant's use of images of THE ORIGINAL GLOWBOWL in connection with its sale of BOWL LIGHT is false advertising that violates Section 817.41, Florida Statutes.

56. As a direct and proximate result of Defendant's false advertising, Glow Bowl has suffered and will continue to suffer loss of goodwill and reputation among its purchasers and potential purchasers, and Defendant will continue to unfairly acquire income, profits, and goodwill.

57. Glow Bowl has been damaged.

58. The damage to Glow Bowl is irreparable.

59. Unless enjoined, Defendant's false advertising will continue to deceive the public and injure competition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Glow Bowl demands judgment and relief against Ontel and respectfully requests that this Court:

A. Find that Defendant has engaged in unfair competition in violation of the Lanham Act and Florida common law;

B. Find that Defendant has engaged in unfair and deceptive acts and practices in violation of the Florida Statutes;

C. Find that Defendant has engaged in false advertising in violation of the Florida Statutes;

D. Enter judgment for Plaintiff on all Counts of the Complaint;

E. Temporarily, preliminarily, and permanently enjoin, restrain, and forbid Defendant, and all of Defendant's principals, servants, officers, directors, partners, agents, representatives, shareholders, employees, affiliates, successors, assignees, and all

7

others acting in privity, concert, or participation with Defendant, from infringing Plaintiff's patent, and from engaging in the unfair methods of competition, unfair and deceptive trade practices, and false advertising described herein and that will be shown at a hearing or trial to be held in this matter;

F.     Award Plaintiff actual damages in an amount to be proved at trial and/or as otherwise provided by law;

G.     Award Plaintiff prejudgment interest;

H.     Award Plaintiff its reasonable attorney fees and costs of suit incurred herein; and

I.     Award such other and further relief as is just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated:  June 13, 2016

Respectfully submitted,

By: */s/ Joel B. Rothman*
Joel B. Rothman
Florida Bar No. 98220
joel.rothman@sriplaw.com
Jerold I. Schneider
Florida Bar No. 26975
jerold.schneider@sriplaw.com
Diana F. Mederos
Florida Bar No. 99881
diana.mederos@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 − Telephone
561.404.4353 − Facsimile

*Attorneys for Plaintiff Glow Bowl, LLC*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on June 13, 2016, a true and correct copy of the foregoing document was served by the Court's CM/ECF system, by electronic mail, on all parties listed below on the service list.

## SERVICE LIST

John S. Artz
**DICKINSON WRIGHT, PLLC**
2600 West Big Beaver Road
Suite 300
Troy, MI 48084
248.433.7262 – Telephone
248.433.7274 – Facsimile
jsartz@dickinsonwright.com

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 FEDERAL HIGHWAY
BOCA RATON, FL 33431

# Exhibit 1

US009041298B2

(12) **United States Patent** (10) Patent No.: **US 9,041,298 B2**
Andy et al. (45) Date of Patent: **May 26, 2015**

(54) **MOTION ACTIVATED TOILET BOWL LIGHTING DEVICE**

(76) Inventors: **Brian R. Andy**, Sunrise, FL (US); **Jeff S. Barbieri**, Sunrise, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 430 days.

(21) Appl. No.: **13/567,252**

(22) Filed: **Aug. 6, 2012**

(65) **Prior Publication Data**

US 2013/0038225 A1     Feb. 14, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/521,943, filed on Aug. 10, 2011.

(51) **Int. Cl.**
    *H05B 37/02*        (2006.01)
(52) **U.S. Cl.**
    CPC ............. *H05B 37/0227* (2013.01); *Y02B 20/44* (2013.01)
(58) **Field of Classification Search**
    CPC ........................... H05B 37/0227;  Y02B 20/44
    USPC ......... 315/159, 120, 133, 134, 150, 155, 156, 315/158
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,003,648 | A | 4/1991 | Anderson |
| 5,136,476 | A | 8/1992 | Horn |
| 5,513,397 | A | 5/1996 | Terry |
| 5,611,089 | A | 3/1997 | Cretors |
| 5,664,867 | A | 9/1997 | Martin et al. |
| 5,763,872 | A * | 6/1998 | Ness ...................... 250/214 AL |
| 5,946,209 | A * | 8/1999 | Eckel et al. ..................... 700/14 |
| 6,003,160 | A | 12/1999 | Seidle et al. |
| 6,203,164 | B1 | 3/2001 | Tufekci et al. |
| 7,036,158 | B2 | 5/2006 | Bradford et al. |
| 2004/0184273 | A1 | 9/2004 | Reynolds et al. |
| 2005/0071917 | A1 | 4/2005 | Landon |
| 2010/0313341 | A1 | 12/2010 | Jordan |

* cited by examiner

Primary Examiner — Jung Kim

(74) *Attorney, Agent, or Firm* — Dale J. Ream

(57) **ABSTRACT**

A motion activated toilet bowl lighting device includes a body member having inner, outer, top, and bottom walls that define an interior area. The inner wall includes an inwardly annular configuration complementary to a toilet bowl rim outer surface. The lighting device includes an attachment arm displaced from the inner wall. A bridge connects the top wall to the attachment arm such that the inner wall, attachment arm, and bridge sandwich the toilet rim. A motion detector is positioned on the outer wall and a light is positioned on the attachment arm. A light sensor is positioned on the body member. A battery and timer are situated in the interior area. The light is energized when the light sensor detects lower than a predetermined amount of ambient light and when the motion detector detects movement, the light being de-energized when the timer expires.

**13 Claims, 3 Drawing Sheets**



Case 2:16-cv-01198-CW   Document 5-11   Filed 11/28/16   PageID.283   Page 13 of 30
Case 2:16-cv-01198-CW   Document 1-1   Entered 04/28/16   Docket 04/13/2018   Page 3 of 8



Figure 1

Figure 2

Case 2:16-cv-01198-CW   Document 11-1   Entered 11/28/16   Docket 04/13/2018   Page 3 of 8

**U.S. Patent**  May 26, 2015  Sheet 2 of 3  US 9,041,298 B2



Figure 3

Figure 4

Case 2:16-cv-01198-CW Document 5-11 Filed 11/28/16 PageID.285 Page 15 of 30
Case 2:16-cv-00305-JLC Document 1-1 Entered on FLSD Docket 04/25/2016 Page 3 of 8



Figure 5

US 9,041,298 B2

1

# MOTION ACTIVATED TOILET BOWL LIGHTING DEVICE

## REFERENCE TO RELATED APPLICATIONS

This non-provisional patent application claims the benefit of provisional application Ser. No. 61/521,943 filed on Aug. 10, 2011, titled Motion Activated Toilet Bowl Lighting Device.

## BACKGROUND OF THE INVENTION

This invention relates generally to lighting devices and, more particularly, to a toilet bowl lighting device that is actuated upon detection of motion so long as the level of ambient light is below a predetermined level. In other words, the motion activated toilet bowl lighting device is configured to energize a light situated adjacent a toilet bowl when a person enters a bathroom while the bathroom light is off.

Turning a light on when entering a bathroom in the middle of the night after being asleep or otherwise in a darkened room can be an uncomfortable or undesirable experience in that the bright lights may seem almost blinding. In other words, the lights of the bathroom seem overly bright when a person's eyes have naturally adjusted to the darkness. After using the toilet and turning off the lights, it may then be difficult to navigate back to bed in that the person's eyes must readjust to the darkness. For these reasons, a person may choose not to turn the lights on at all when walking into a bathroom which leads to obvious difficulties of potentially stumbling over obstacles, finding the toilet, or actually using the toilet.

Various devices have been proposed in the art for providing a soft or dim light in a bathroom at night, such as a nightlight, or for energizing a light attached to a toilet bowl when the toilet bowl lid is raised. Although assumably effective for their intended purposes, the existing devices do not satisfy the need to energize a light situated in the toilet bowl when a person is detected entering the bathroom and then for de-energizing the light either when the person is detected leaving the bathroom or after a predetermined amount of time.

Therefore, it would be desirable to have a motion activated toilet bowl lighting device that may be positioned on the rim of a toilet bowl having a light positioned toward the interior of the toilet bowl and that energizes the light when motion in the room is detected. Further, it would be desirable to have a motion activated toilet bowl lighting device that is only activated when the ambient light in the room is below a predetermined level. In addition, it would be desirable to have a motion activated toilet bowl lighting device that deactivates the light after a predetermined time after being energized.

## SUMMARY OF THE INVENTION

A motion activated toilet bowl lighting device according to the present invention includes a body member having inner, outer, top, and bottom walls that define an interior area. The inner wall includes an inwardly annular configuration complementary to a toilet bowl rim outer surface. The lighting device includes an attachment arm displaced from the inner wall. A bridge connects the top wall to the attachment arm such that the inner wall, attachment arm, and bridge sandwich the toilet rim. A motion detector is positioned on the outer wall and a light is positioned on the attachment arm. A light sensor is positioned on the body member. A battery and timer are situated in the interior area. The light is energized when the light sensor detects lower than a predetermined

2

amount of ambient light and when the motion detector detects movement, the light being de-energized when the timer expires.

A general object of this invention is to provide a motion activated toilet bowl lighting device that may be positioned on the rim of a toilet bowl having a light positioned toward the interior of the toilet bowl and that energizes the light when motion in the room is detected.

Another object of this invention is to provide a motion activated toilet bowl lighting device, as aforesaid, that is only activated when the ambient light in the room is below a predetermined level.

Still another object of this invention is to provide a motion activated toilet bowl lighting device, as aforesaid, that deactivates the light after a predetermined time after being energized.

Yet another object of this invention is to provide a motion activated toilet bowl lighting device, as aforesaid, that is easy to use and inexpensive to produce.

The objects and advantages of the present invention will become apparent from the following description taken in connection with the accompanying drawings, wherein is set forth by way of illustration and example, embodiments of this invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a motion activated toilet bowl lighting device according to a preferred embodiment of the present invention;

FIG. 2 is a perspective view of the toilet bowl lighting device from another angle;

FIG. 3 is a side view of the toilet bowl lighting device as in FIG. 1;

FIG. 4 is a top view of the toilet bowl lighting device as in FIG. 1;

FIG. 5 is a block diagram illustrating the electronic components of the device.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

A motion activated toilet bowl lighting device according to a preferred embodiment of the present invention will now be described in detail with reference to FIGS. 1 to 6 of the present invention. The toilet bowl lighting device 10 includes a body member 20, an attachment arm 30, a bridge 40 connecting the body member 20 and attachment arm 30, a light 50, a light sensor 52, and a motion detection unit 60.

The body member 20 includes an inner wall 22 defining an inwardly annular or concave configuration that is complementary to an outwardly annular outer surface of a toilet bowl (not shown). The body member 20 also includes an outer wall 24 having a generally outwardly annular or convex configuration that is coupled to end edges of the inner wall 22 and extends outwardly therefrom. The body member 20 includes a top wall 26 and a bottom wall 28 that connect the inner 22 and outer 24 walls together. The walls collectively define an interior area. The body member 20 may include a battery door (not shown) that, when pivotally opened, provides access to the interior area such as to replace a battery 82.

The attachment arm 30 is displaced from the body member 20. The attachment arm 30 may be generally parallel to the inner wall 22 of the body member 20 although it is preferred that the attachment arm 30 may be slightly offset thereto (FIGS. 2 and 3). In other words, the attachment arm 30 may be angled inwardly as shown in FIG. 3 and gently biased in that direc-

US 9,041,298 B2

3

tion. The attachment arm **30** and inner wall **22** of the body member **20** are separated from one another and configured to sandwich the rim of a toilet bowl therebetween.

The bridge **40** connects the top wall **26** of the body member **20** with an upper end of the attachment arm **30**. The attachment arm **30**, bridge **40**, and inner wall **22** of the body member **20** are configured to selectively clamp onto the rim of a toilet bowl (not shown). The bridge **40** includes a lower surface that defines a plurality of score marks **42** (also referred to as spaced apart lines of weakness) that resist sliding movement along the toilet bowl rim when positioned thereon. It is understood that the attachment arm **30** and bridge **40** may include a construction that is biased inwardly so as to securely clamp onto a toilet bowl rim. The body member **20**, attachment arm **30**, and bridge **40** therebetween may include a unitary construction.

The toilet bowl lighting device **10** includes the following electronic components. The motion detection unit **60** is situated on the outer wall **24** of the body member **20** and is electrically connected to the battery positioned inside the body member interior area. Preferably, the motion detection unit **60** is of a type having a wide angle motion sensor although having more than one motion sensor may also work. The motion detection unit **60** may be directed away from the body member **20** so as to detect motion a distance away from the body member **20**, for example, when a person walks into the room. Preferably, the light **50** is a light emitting diode (LED) that is situated on an exterior surface of the attachment arm **30** so as to illuminate a toilet bowl when the lighting device **10** is coupled to a toilet bowl rim. A light sensor **52** may be positioned on the outer surface of the body member top wall **26** and is electrically connected to the battery **82**. It is understood that either circuitry or a simple microprocessor may be enclosed within the interior area of the body member **20** that is configured to carry out the operations described below.

More particularly, the motion detection unit **60**, light **50**, and light sensor **52** are electrically connected to the battery to energize the light **50** under predetermined conditions. First, the circuit is only operative to energize the light **50** if less than a predetermined level of ambient light is sensed by the light sensor **52**. Specifically, the light sensor **52** may include its own dedicated circuit that is "closed" or activated only when the predetermined light level is experienced. If the light sensor **52** is activated, the circuitry may enable current to flow from the battery **82** to the motion detection unit **60**. When energized, the motion detection unit **60** senses movement within a predetermined space, such as a bathroom. If motion is detected, the circuitry is configured to enable current to flow from the battery **82** to the light **50**, thus energizing the light **50**. In some embodiments, energizing the light **50** may also actuate a timer **70**. After a predetermined amount of time, the timer **70** may cause current to the light **50** to be interrupted, leaving the circuit in a rest state in which the ambient light level is once again to be determined. In another embodiment, the light **50** may be de-energized when the motion detection unit **60** detects motion a second time which may indicate that a user has left the bathroom.

In one embodiment, the logic of the circuitry described above may also be managed by a processor **80** having a memory **81** with appropriate programming instructions stored thereon (FIG. **5**). The processor **80** may be electrically connected to all of the respective electronic components as shown in FIG. **5** so as to monitor the sensors and control actuation of the light **50**. More particularly, the programming instructions may cause the processor **80** to determine if the light sensor detects an amount of ambient light that is less

4

than a predetermined amount and if the motion detector detects movement and, if so, to permit the battery to energize said light. In addition, the programming instructions may cause the processor **80** to determine if the light **50** has been energized and, if so, to actuate the timer **70** to begin measuring a predetermined amount of time (e.g. to count up or down). The programming instructions then cause the processor **80** to de-energize the light **50** when the timer **70** reaches the predetermined amount of time, i.e. it times out. It is understood that the processor **80** is capable of performing the other functions described about relative to circuitry.

In use, the motion activated toilet bowl lighting device **10** may be mounted on the rim of a toilet bowl, the attachment arm **30** and bridge **40** being configured so that the device is held tightly on the rim as described above. The inner wall **22** of the body member **20** is held tightly against the outer wall of the toilet bowl and the light **50** is positioned so as to illuminate the interior of the toilet bowl when the light is energized. According to the circuitry or programming of the processor **80**, the light is energized when ambient light is sensed by the light sensor **52** to be below a predetermined amount and when motion is detected by the motion detection unit **60**. Electrical current to the light **50** is interrupted upon expiration of a predetermined amount of time counted by the timer **70** or upon detection of another movement.

It is understood that while certain forms of this invention have been illustrated and described, it is not limited thereto except insofar as such limitations are included in the following claims and allowable functional equivalents thereof.

The invention claimed is:

**1**. A motion activated toilet bowl lighting device for use with a toilet having a toilet bowl, comprising:

a body member having inner, outer, top, and bottom walls that define an interior area, said inner wall having a configuration complementary to a rim of the toilet bowl;

an attachment arm displaced from said inner wall of said body member;

a bridge connecting said attachment arm to said inner wall of said body member;

a motion detector situated on said body member and directed away from said body member so as to detect motion a distance away from said body member;

wherein said attachment arm, said bridge, and said body member are configured to selectively attach to the toilet bowl rim;

a light sensor positioned on said body member and configured to detect ambient light;

a light situated on said attachment arm and configured to illuminate the toilet bowl when energized while said body member is coupled to the toilet bowl rim; and

a battery positioned in said body member interior area and configured to energize said light when said motion detector senses motion and said light sensor detects less than a predetermined amount of ambient light;

wherein said light and said motion detector are configured to de-energize said light when said motion detector senses movement and said light is already energized.

**2**. The motion activated toilet bowl lighting device as in claim **1**, further comprising a timer electrically connected to said battery and to said light, said timer being configured to be actuated to measure a predetermined amount of time when said light is energized, said timer configured to de-energize said light after said predetermined amount of time.

**3**. The motion activated toilet bowl lighting device as in claim **2**, wherein said body member inner wall, said bridge,

US 9,041,298 B2

5

and said attachment arm include a generally inverted U-shaped configuration that selectively sandwiches said toilet bowl rim.

**4**. The motion activated toilet bowl lighting device as in claim **3**, wherein said attachment arm includes a distal end biased inwardly toward said body member.

**5**. The motion activated toilet bowl lighting device as in claim **2**, wherein said light and said light sensor are configured to de-energize said light when said light sensor detects an amount of ambient light greater than said predetermined amount of ambient light.

**6**. The motion activated toilet bowl lighting device as in claim **1**, wherein said light and said light sensor are configured to de-energize said light when said light sensor detects an amount of ambient light greater than said predetermined amount of ambient light.

**7**. The motion activated toilet bowl lighting device as in claim **2**, wherein said inner wall of said body member includes a generally annular configuration that is complementary to a configuration of an outer surface of the toilet bowl rim.

**8**. The motion activated toilet bowl lighting device as in claim **1**, wherein said light is positioned at a distal end of said attachment arm and directed to illuminate downwardly when energized.

**9**. The motion activated toilet bowl lighting device as in claim **8**, wherein said light is a light emitting diode.

**10**. The motion activated toilet bowl lighting device as in claim **1** wherein said motion detector is situated on said body member outer wall, is directed away from said body chamber,

6

and includes a wide angle motion sensor so as to detect motion a predetermined distance away from said body member.

**11**. The motion activated toilet bowl lighting device as in claim **3**, wherein said bridge includes a bottom surface that defines a plurality of score marks that resist movement along the toilet bowl rim when situated thereon.

**12**. The motion activated toilet bowl lighting device as in claim **2**, further comprising:

a processor electrically connected to said timer, said light, said light sensor, said motion detector, and said battery;

a memory electrically connected to said processor having a plurality of programming instructions; and

wherein said programming instructions, when executed by said processor, cause said processor to determine if said light sensor detects an amount of ambient light that is less than a predetermined amount and if said motion detector detects movement and, if so, to permit said battery to energize said light.

**13**. The motion activated toilet bowl lighting device as in claim **12**, wherein:

said programming instructions, when executed by said processor, cause said processor to determine if said light has been energized and, if so, to actuate said timer to measure a predetermined amount of time; and

said programming instructions, when executed by said processor, cause said processor to de-energize said light when said timer has timed out.

\*   \*   \*   \*   \*

# Exhibit

# 2

# THE ORIGINAL GLOWBOWL™

*Transform ANY Toilet Into a Nightlight*

## See What You've Been Missing!

Cart | **Buy now**

- HOME
- BUY NOW
- GLOW BLOG
- FAQS



## MOTION ACTIVATED



The Glowbowl activates when you enter and deactivates when you leave.

## UNIVERSAL FIT



Our patented design allows for glowbowl to fit on any toilet. Glowbowl's flexible arm allows it to be bent into any configuration creating a snug fit for any shaped bowl.

## 7 COLORS IN 1 DEVICE



Beautify your bowl by matching it to your decor. With the Glowbowl you can choose from 7 vibrant colors that can be changed with just the touch of a button.

## 5 STAGE DIMMER



Case 0:16-cv-60805-JAL   Document 1-3 Entered on FLSD Docket 04/13/2016   Page 5 of 7

Glowbowl's dimmer feature allows you to further customize your preferences by selecting the level of brightness you desire.



**Buy Now**

## Don't You Hate?

Missing Your Target

Messy Cleanups

Stumbling Around in the Dark

Scary Bathroom Visits for Children

Sit n Splashes

Fits ANY Toilet ! !
EASY 1 Step Installation...

- Blinding Lights
- Waking up Your Loved One with the Big Light
- Boring OLD Toilets!

**Buy Now**



THE ORIGINAL
GLOWBOWL™
*Transform ANY Toilet Into a Nightlight*

LET US HELP YOU

Contact Us

FAQs

Return Policy

Shipping Policy

FOLLOW GLOWBOWL

 

© 2016 GlowBowl All rights reserved.   Patented Product.   U.S. Patent No. Pending.   Privacy Policy | Terms and Conditions






# Exhibit

# 3













4/12/2016

Case 2:16-cv-01198-CW   Document 5-11   Filed 11/28/16   PageID.298   Page 28 of 30
Case 6:16-cv-00505-JAL   Document 1-5   Entered on FLSD Docket 03/13/2016   Page 3 of 5

## SEE WHAT THESE SATISFIED CUSTOMERS HAVE TO SAY



JIM



SABRINA



ROZ & ALI

"The bathroom light used to wake me up at night. Now with Bowl Light™, the soft ambient light lets me see, but it doesn't wake me up"

"My son was always afraid of going to the bathroom in the dark. Now with Bowl Light™ he sees exactly where he has to go, and he can pick his favorite color"

"My husband gets up 3 to 4 times a night and wakes me up every time. Now I get to stay asleep."

Fill out the form below or call 1-800-875-1584 to order your **Bowl Light™** now!

# THIS OFFER IS NOT AVAILABLE IN STORES

**STEP 1:**
Select your offer

How many "Buy 1, Get 1 Free" offers would you like?
(2 units per offer)

Qty: [ 1 ▼ ]  "Buy 1, Get 1 Free" Offers

☑ YES, I would like to receive my BONUS Bowl Light and I'll cover the additional $6.99 P&H!

**STEP 2:**
Enter your credit card information

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

*Card Number: [ ################ ]

*Expiration Date: [ 01 - Jan ▼ ]  [ 2016 ▼ ]

*CVV2: [ CVV2 ]  What is CVV2?

**STEP 3:**
Enter your billing information

*Full Name: [ *Full Name: ]

*Address: [ *Address: ]

*Phone: [ *Phone: ]

*Email: [ *Email: ]

☐ Check if your shipping address is different than your billing address

*Indicates Required Field

Case 2:16-cv-03005-SRC   Document 1-3   Entered on FLSD Docket 06/13/2016   Page 30 of 5

**OFFER DETAILS:**
By ordering today, you'll receive 1 Bowl Light™ for just $12.99 plus $6.99 S&H. Plus, we'll DOUBLE the offer for FREE, just pay additional $6.99 P&H.

This offer is covered by our 60-Day Money Back Guarantee. Sales tax will be applied to orders from CA and NJ. A $1 web service fee will be added to each order. Non-continental U.S. orders please add an additional $4.99 shipping surcharge.

For customer service, please call 844-463-1130 or email bowllight@worldpackusa.com. To check the status of your order, please click here.



By clicking Process Order, your credit card will be charged the amount above. Click only once.





Home  |  Customer Service  |  Privacy Policy  |  Shipping  |  Returns  |  Security  |  Sitemap  |  Order Now

©2016 Bowl Light™ All Rights Reserved.   |  Web by: Digital Target Marketing