James E. Magleby (7247)
 magleby@mcgiplaw.com
Christine T. Greenwood (8187)
 greenwood@mcgiplaw.com
**MAGLEBY CATAXINOS & GREENWOOD**
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff SnapPower

John S. Artz (admitted *pro hac vice*)
 jsartz@dickinsonwright.com
Franklin M. Smith (admitted *pro hac* vice)
 fsmith@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
2600 W. Big Beaver Road., Suite 300
Troy, Michigan 48084
Telephone: (248) 433-7200

Charles L. Roberts (5137)
 croberts@wasatch-ip.com
**WASATCH-IP, A PROFESSIONAL CORPORATION**
2825 E. Cottonwood Parkway, Suite 500
Salt Lake City, Utah  84121
Telephone:  (801) 403-6570

Attorneys for Defendants Ontel Products Corp. and Ashok Khubani

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SNAPRAYS, LLC, dba SNAPPOWER,**<br><br>        Plaintiff,<br>v.<br><br>**ONTEL PRODUCTS CORPORATION, TELEBRANDS CORPORATION, ASHOK "CHUCK" KHUBANI, and AJIT "AJ" KHUBANI,**<br><br>        Defendants. | **JOINT MOTION FOR ENTRY OF STIPULATED PRELIMINARY INJUNCTION ORDER**<br><br><br><br>**Case No.:  2:16-cv-01198**<br><br>**Honorable Clark Waddoups** |

Pursuant to the stipulation between Plaintiff SnapRays, LLC, dba SnapPower ("SnapPower"), and Defendants Ontel Products Corporation and Ashok "Chuck" Khubani (collectively, the "Ontel Defendants"), SnapPower, by and through its counsel

MAGLEBY CATAXINOS & GREENWOOD, and the Ontel Defendants, by and through counsel DICKINSON WRIGHT and WASATCH-IP, hereby jointly move the Court to enter the Stipulated Preliminary Injunction Order filed contemporaneously herewith.

DATED this 13th day of December, 2016.

**MAGLEBY CATAXINOS & GREENWOOD**

/s/ Christine T. Greenwood
James E. Magleby
Christine T. Greenwood
*Attorneys for Plaintiff SnapRays, LLC dba SnapPower*

**DICKINSON WRIGHT PLLC**

/s/ John S. Artz*
John S. Artz
Franklin M. Smith
*Attorneys for Ontel Products Corp. and Ashok "Chuck" Khubani*
*signature electronically affixed via email permission*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, 170 South Main Street, Suite 1100, Salt Lake City, Utah 84101, and that pursuant to Rule 5 of the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PRELIMINARY INJUNCTION ORDER** was delivered this 13th day of December, 2016, via electronic mail and/or CM/ECF:

Franklin M. Smith
  fsmith@dickinsonwright.com
John S. Artz
  jsartz@dickinsonwright.com
DICKINSON WRIGHT
2600 W. Big Beaver Rd.  Suite 300
Troy, Michigan  48084

Charles L. Roberts
  croberts@wasatch-ip.com
2825 E. Cottonwood Parkway, Ste. 500
Salt Lake City, Utah 84121

*Attorneys for Ashok "Chuck" Khubani and Ontel Prodcuts*

Robert T. Maldonado
  rmaldonado@cooperdunham.com
Tonia A. Sayour
  tsayour@cooperdunham.com
COOPER & DUNHAM
30 Rockefeller Plaza #20
New York, New York 10112

*Attorneys for Ajit "AJ" Khubani and TeleBrands Corporation*

/s/ Janae Kidd

3