H. Dickson Burton (USB #4004)
hdburton@traskbritt.com
Stephen E. Pulley (13843)
SEPulley@TraskBritt.com
TRASKBRITT, PC
230 South 500 East, Suite 300
Salt Lake City, UT 84102
Telephone: (801) 532-1922
Fax: (801) 531-9168

*Attorneys for Defendants*
*Telebrands Corporation and Ajit "AJ" Khubani*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SNAPRAYS, LLC**, dba **SNAPOWER,**<br><br>       Plaintiff,<br><br>vs.<br><br>**ONTEL PRODUCTS CORPORATION, TELEBRANDS CORPORATION, ASHOK "CHUCK" KHUBANI, and AJIT "AJ" KHUBANI,**<br><br>       Defendant. | **NOTICE OF APPEARANCE OF H. DICKSON BURTON AS COUNSEL FOR DEFENDANTS TELEBRANDS CORPORATION AND AJIT "AJ" KHUBANI**<br><br>Case No. 2:16-cv-01198-CW<br><br>U.S. District Court Judge Clark Waddoups |

Notice is hereby given that H. Dickson Burton of the law firm of TRASKBRITT, PC, hereby enters his appearance in the above entitled matter for Defendants, TELEBRANDS CORPORATION and AJIT "AJ" KHUBANI. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon:

        H. Dickson Burton
        HDBurton@TraskBritt.com
        TRASKBRITT, PC
        230 South 500 East, Suite 300
        Salt Lake City, Utah 84102

DATED this 23rd day of December, 2016.

        TRASKBRITT, PC

        By:  /s/ H. Dickson Burton
        H. Dickson Burton
        Stephen E. Pulley
        230 South 500 East, Suite 300
        Salt Lake City, UT  84102
        (801) 532-1922

        *Attorneys for Telebrands Corp. and*
        *Ajit "AJ" Khubani*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23<u>th</u> day of December, 2016, I filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Charles L. Perschon
>clp@princeyeates.com
>Alex B. Leeman
>aleeman@princeyeates.com
>PRINCE YEATES & GELDZAHLER
>15 W South Temple Suite 1700
>Salt Lake City, UT 84101
>Tele: (801) 524-1000

*/s/ H. Dickson Burton*