H. Dickson Burton (USB #4004)
hdburton@traskbritt.com
Stephen E. Pulley (13843)
SEPulley@TraskBritt.com
TRASKBRITT, PC
230 South 500 East, Suite 300
Salt Lake City, UT 84102
Telephone: (801) 532-1922
Fax: (801) 531-9168

*Attorneys for Defendants*
*Telebrands Corporation and Ajit "AJ" Khubani*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SNAPRAYS, LLC**, dba **SNAPOWER,**  Plaintiff,  vs.  **ONTEL PRODUCTS CORPORATION, TELEBRANDS CORPORATION, ASHOK "CHUCK" KHUBANI, and AJIT "AJ" KHUBANI,**  Defendant. | **NOTICE OF APPEARANCE OF STEPHEN E. PULLEY AS COUNSEL FOR DEFENDANTS TELEBRANDS CORPORATION AND AJIT "AJ" KHUBANI**  Case No. 2:16-cv-01198-CW  U.S. District Court Judge Clark Waddoups |

Notice is hereby given that Stephen E. Pulley of the law firm of TRASKBRITT, PC, hereby enters his appearance in the above entitled matter for Defendants, TELEBRANDS CORPORATION and AJIT "AJ" KHUBANI. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon:

Stephen E. Pulley
SEPulley@TraskBritt.com
TRASKBRITT, PC
230 South 500 East, Suite 300
Salt Lake City, Utah 84102


DATED this 23rd day of December, 2016.


TRASKBRITT, PC


By:   /s/  Stephen E. Pulley
    Stephen E. Pulley
    H. Dickson Burton
    230 South 500 East, Suite 300
    Salt Lake City, UT  84102
    (801) 532-1922

    *Attorneys for Telebrands Corp. and
    Ajit "AJ" Khubani*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23<u>th</u> day of December, 2016, I filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Charles L. Perschon
>clp@princeyeates.com
>Alex B. Leeman
>aleeman@princeyeates.com
>PRINCE YEATES & GELDZAHLER
>15 W South Temple Suite 1700
>Salt Lake City, UT 84101
>Tele: (801) 524-1000

*/s/ Stephen E. Pulley*