Jason M. Kerr (8222)
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive, Suite 101
Salt Lake City, UT 84116
Telephone: (801) 530-2900
Facsimile: (801) 530-2957
Email: jasonkerr@ppktrial.com

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SNAPRAYS, LLC, dba SNAPPOWER, <br><br>Plaintiff, <br><br>vs. <br><br>ONTEL PRODUCTS CORPORATION, TELEBRAND CORPORATION, ASHOK"CHUCK" KHUBANI, and AJIT "AJ" KHUBANI, <br><br>Defendants. | ***NOTICE OF APPEARANCE OF COUNSEL*** <br><br>Case No. 2:16-cv-01198 <br><br>Honorable: Brooke C. Wells |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jason M. Kerr is entering his appearance as counsel for the Defendants **ONTEL PRODUCTS CORPORATION** in this proceeding and requests that he be copies electronically on all future notice of hearings, copies of all pleadings, and mailings therein at the following address:

Jason M. Kerr (8222)
PRICE PARKINSON & KERR, PLLC
5742 West Harold Gatty Drive, Suite 101
Salt Lake City, UT 84116
Telephone:  (801) 530-2900
Facsimile:  (801) 530-2957
Email:  jasonkerr@ppktrial.com

DATED this 13th of January, 2017

            PRICE PARKINSON & KERR

            /s/ Jason Kerr
            Jason Kerr
            *Attorney for Defendants*
            *Ontel Products Corporation*

## CERTIFICATE OF SERVICE

On this 13th day of January, 2017, I hereby certify that I electronically caused to have filed the forgoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system that will send an electronic notification to counsel for record for all parties.

            /s/ Angela Johnson