Charles L. Perschon (Utah State Bar No. 11149)
  clp@princeyeates.com
James W. McConkie III (Utah State Bar No. 8614)
   jwm@princeyeates.com
Alex B. Leeman (Utah State Bar No. 12578)
   aleeman@princeyeates.com
**PRINCE, YEATES & GELDZAHLER**
A PROFESSIONAL CORPORATION
15 South West Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone (801) 524-1000
Facsimile (801) 524-1098

*Attorneys for Plaintiff SnapRays, LLC dba SnapPower*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SNAPRAYS, LLC dba SNAPPOWER,<br><br>Plaintiff,<br><br>vs.<br><br>ONTEL PRODUCTS CORPORATION; TELEBRANDS CORPORATION; ASHOK "CHUCK" KHUBANI; and AJIT "AJ" KHUBANI,<br><br>Defendants. | **STIPULATED PERMANENT INJUNCTION**<br><br><br><br><br>Case No. 2:16-CV-01198<br><br>Judge Clark Waddoups |

Based upon the stipulation of Plaintiff SnapRays, LLC, d/b/a SnapPower

("**Plaintiff**" or "**SnapPower**"), and Defendant Telebrands Corp. ("**Telebrands**"), and for

good cause shown, the Court ORDERS as follows:

1. This order shall supercede and replace the Temporary Restraining Order entered on December 1, 2016, Dkt. # 21, in its entirety, as it relates to Telebrands and Mr. Ajit Khubani.

2. Telebrands is hereby ordered to discontinue making any and all false and misleading statements representing as its own any of SnapPower's products, including in particular the SnapPower Guidelight, the SnapPower USB Charger and the SnapPower Switchlight (collectively, "**the SnapPower Products**"), in connection with advertising and marketing. Telebrands is likewise prohibited from using images or photos from SnapPower's web pages or images or video footage taken of SnapPower's products.

3. Telebrands is hereby ordered to cease offering for sale the SnapPower Products.

4. Telebrands shall permanently discontinue and leave inactive the www.lumaplate.com website, as Telebrands has represented that it does not intend and accordingly is hereby ordered not to offer for sale the product previously advertised by Telebrands as the "Luma Plate," under any mark, as shown in the commercial attached hereto as Exhibit 1, and including any other product that infringes U.S. Patent Nos. 8,912,442 and 9,035,180, 6,087,588, or 6,423,900, or any other valid SnapPower intellectual property.

5. Telebrands is precluded from utilizing any customer contact information or market research derived from the marketing of the Luma Plate product, but is not

precluded from using customer names or data that may overlap, to the extent the customer names and data were independently derived from advertising for non-SnapPower related products.

6. This stipulation is entered into by Telebrands with no admission of liability, and is binding on Telebrands, and its officers, agents, servants, employees, and attorneys.

DATED this 23rd day of January, 2017.

UNITED STATES DISTRICT COURT

_____

Hon. Clark Waddoups

COOPER & DUNHAM LLP


/s/ Robert T. Maldonado
(Electronically signed by Charles L. Perschon with permission)
Robert T. Maldonado
Tonia A. Sayour
  *Attorneys for Telebrands Corp.*


PRINCE, YEATES & GELDZAHLER


/s/ Charles L. Perschon
Charles L. Perschon
James W. McConkie III
Alex B. Leeman
  *Attorneys for SnapRays, LLC dba SnapPower*